**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SOUTHSTATE BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-353-TFM-C** |
| | ) | |
| **STEVE ALLEN DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On October 28, 2026, the Magistrate Judge entered a Report and Recommendation which recommends the Motion for Default Judgment be granted in part and denied in part. *See* Doc. 19. On November 10, 2026, Plaintiff filed limited objections and supplemental information for consideration by the Court. *See* Doc. 24. The Report and Recommendation is ripe for review.

Plaintiff SouthState Bank NA ("Plaintiff" or "SouthState") only objects to "(1) the finding that "[t]he information provided by Plaintiff is insufficient for the Court to determine whether the interest accrued on the outstanding principal balance between October 10, 2024 and August 11, 2026 results in $88,249.86 owed by Defendant"; and (2) the recommendation in Part VI that the Motion for Default Judgment be "DENIED as to Plaintiff's claim for prejudgment interest in the amount of $88,249.86." See Doc. 19, p. 14." Doc. 24 at 1-2. SouthState submits a supplemental affidavit which supplies the information that was previously lacking in the record prior to the issuance of the Report and Recommendation. By implication, SouthState seems to acknowledge that the record previously lacked that information but instead asserts that the Court should consider it now. *Id.* at 5-6. Alternatively, SouthState request that the Court recommit the interest issue to the Magistrate Judge. *Id.* at 6.

The undersigned declines to consider matters outside the record that was previously before the Magistrate Judge. The Court will not reject the analysis that was correct at the time it was issued. However, the Court will send the issue back to the Magistrate Judge for consideration and further review as appropriate.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the Motion for Default Judgment (Doc. 14) as supplemented on August 11, 2026 (Doc. 17) is **GRANTED in part** and **DENIED in part**. The motion is granted to the extent Plaintiff's breach of contract, account stated, and general damages claims against Defendant.

The motion is denied as to Plaintiff's claim for prejudgment interest in the amount of $88,249.86. The objection is overruled as to the Court's consideration of evidence not previously before the Magistrate Judge. However, the issue of prejudgment interest and the supplemental affidavit are **REFERRED BACK** to the Magistrate Judge for proceedings consistent with this opinion.

The Court will wait to enter the final judgment until the issue of prejudgment interest is resolved.

**DONE** and **ORDERED** this 25th day of November, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE